United States District Court
Southern District of Illinois

Vincent Carter
Plaintiff

SCANNED at MENARD and E-mailed
10-1-24 by JA 59 pages
Date        initials   No.

24-2265-NJR

V.

Wexford Health Sources, Inc.
Angela Crain, Connie Dolce,
Kelly Pierce, Wills, Hughes,
Pritzker, Kevin Reichert,
Klump, Lawrence, John Doe-Tact Team Members,
Williams, John Doe-#1, #2 I-A officers
John Doe #3-Medical Director, Jane Doe-Nurse
John Doe #4, #5-Seg officers, John Doe-Sgt.

Defendants

1983 U.S.C. 42 Complaint

Plaintiff: Vincent Carter #N-60009   P.O. Box 1000
Menard, IL 62259 - Menard Correctional Center

(1.)

DEFENDANTS:

A. WEXFORD — HEALTH CARE PROVIDER
B. ANGELA CRAIN — HEALTH CARE UNIT ADMINISTRATOR
C. CONNIE DOLCE — NURSE SUPERVISOR
D. PIERCE — GRIEVANCE OFFICER
E. WILLS — WARDEN
F. HUGHES — DIRECTOR IDOC
G. PRITZKER — GOV.
H. KEVIN REICHERT — ASST. WARDEN
I. KLUMP — ASST. ADA COORDINATOR
J. LAWRENCE — ASST. WARDEN/ADA COORDINATOR
K. JOHN DOE - TACT TEAM MEMBERS
L. WILLIAMS — I-A OFFICER.
M. JOHN DOE #1 — I-A OFFICERS
N. JOHN DOE #2 — I-A OFFICER
O. JOHN DOE #3 — MEDICAL DIRECTOR
P. JANE DOE #1 — SEG NURSE
Q. JOHN DOE SGT. — EAST CELL HOUSE
R. JOHN DOE #4 — SEG. OFFICER
S. JOHN DOE #5 — SEG. OFFICER
T. IDOC — ADA CLAIM

## GRIEVANCE PROCESS

I SENT MY GRIEVANCES TO THE PROPER PERSONNEL
(CLINICAL SERVICES); THEY GOT ANSWERED; SOME DIDN'T
GET ANSWERED OR THEY TOOK TO LONG TO RESPOND TO THEM
& THE REMEDIES WERE UNAVAILABLE TO ME.

(2.)

PREVIOUS LAWSUITS:

(3.)

Statement of claims:

Claim #1   Deliberate indifference 8th Amendment violation from deliberate understaffing that caused a deliberate delay in treatment

1.) Wexford has been deliberately understaffing the health care units thruout IDOC & Menard where plaintiff is housed at.

2.) A class action lawsuit was filed in 2010 & it was certified in 2019 Lippert v. Jeffreys & plaintiff is a class member for injunctive relief... Wexford was put on notice about the understaffing of the medical staff that was causing delays & breakdowns in inmates getting treatment & care for their serious medical needs & the understaffing has gotten worse over the years & now its the new norm where inadequate medical care is what is being provided in direct violation of the 8th Amendment.

3.) Wexford is deliberately understaffing the

(H.)

MENARD HCU TO SAVE MONEY. As A Result of THIS understaffing Plaintiff WASN'T PROVIDED WITH ADEQUATE MEDICAL CARE. TREATMENT for HIS BROKEN NOSE. DAMAGED EARS.

4.) THE understaffing CAUSED Plaintiff TO Go At LEAST (7) MONTHS WITH A BROKEN NOSE, EAR INFECTIONS, EAR DAMAGE THAT RESULTED IN HEARING LOSS, UNNECESSARY PAIN. SUFFERING, NOT BEING CALLED TO SICK CALL, NOT BEING SEEN BY A DOCTOR, OR SENT OUT TO BE SEEN BY A SPECIALIST.

5.) Plaintiff WAS SEEN BY NURSES WHO LACK THE TRAINING. MEDICAL EDUCATION TO PROVIDE HIM WITH THE ADEQUATE TREATMENT. CARE THAT HE NEEDED TO ADEQUATELY TREAT HIS BROKEN NOSE. THIS CAUSED HIM TO SUFFER UNNECESSARILY IN DIRECT VIOLATION OF HIS 8TH AMENDMENT RIGHTS.

6.) WEXFORD IMPLIMENTED POLICIES THAT HAVE ALLOWED NON MEDICAL PERSONS TO MAKE DECISIONS THAT AFFECT HOW MEDICAL CARE IS GIVEN. PROVIDED, THEY ALLOW NURSES TO DO MORE THAN THATS WITHIN THEIR JOB DESCRIPTION, WHAT THEY'RE TRAINED TO DO. BY DOING THIS. TURNING A BLIND EYE TO THESE PROBLEMS Plaintiff WAS SUBJECTED TO UNNECESSARY PAIN. SUFFERING FOR OVER (7) MONTHS.

(5.)

# CLAIM #2 - DELIBERATE INDIFFERENCE

7.) WILLS, HUGHES, PRITZKER HAVE BEEN PUT ON NOTICE BY THE CLASS ACTION MEDICAL LAWSUIT LIPPERT V. JEFFREYS, WHICH TURNED INTO LIPPERT V. HUGHES THAT THE WEXFORD HEALTH CARE PROVIDERS WERE PROVIDING THE INMATES (INCLUDING PLAINTIFF) IN IDOC CUSTODY WITH INADEQUATE MEDICAL CARE & TREATMENT FOR THEIR SERIOUS MEDICAL NEEDS & THESE DEFENDANTS TURNED A BLIND EYE TO THESE PROBLEMS KNOWING THAT IT WAS CAUSING GUYS NOT TO GET SEEN, GET TREATED, GET ASSESSED & OR DIAGNOSED IN A TIMELY FASHION.

8.) DEFENDANTS HAVE ALLOWED WEXFORD TO DELIBERATELY UNDERSTAFF THE HCU KNOWING THAT IT WAS CAUSING INMATES SUCH AS PLAINTIFF TO NOT BE SEEN AT SICK CALL, DOCTOR CALL LINE, NURSE PRACTITIONER CALL LINE & THIS DELAYED ANY FOLLOW UP CARE, OR BEING SEEN BY A SPECIALIST & SPECIALIST TREATMENT OR TESTING FOR HIS SERIOUS MEDICAL NEEDS.

9.) PLAINTIFF WROTE LETTERS TO THE COUNSELOR, CLINICAL SERVICES, WARDEN WILLS, DIRECTOR HUGHES & GOVERNOR PRITZKER IN JUNE & JULY 2023 WHEN HE WROTE HIS GRIEVANCE & IT WAS DEEMED AN EMERGENCY BY WILLS.

(6.)

10.) Plaintiff Sent These Letters explaining How He wasn't Receiving Adequate Medical Care For His Broken Nose; How He Hadn't Heard Anything Back from The Grievance Process (Exhibit-A-B-c-); These Defendants ignored His Letters; Never Gave Him A Reply Back.

11.) Defendants Have Allowed Wexford To Deliberately Delay Treatment To Plaintiff's Broken Nose; His Complaints of Pain, when IDOC Has A carcereal Duty To Ensure That Plaintiff Receives Adequate Medical care; They Have Been Put on Notice By Plaintiffs Letters; Grievances; By The Ruling To certify The Lippert v. Hughes Medical Lawsuit As Class Action By The Courts; These Defendants Did Nothing To Stop Wexford from continuing With This Course of Action; Treatment By Them.

12.) Wills Signed off on Plaintiffs Grievance As The Issue of His Nose Being Broken, His Hearing Being Damaged; He Suffering In Pain As An Emergency; This Grievance was Written 6/18/23 But (The Incident Happend In May 2023) The Grievance Wasn't Signed off on By wills until 10/30/23; 10/31/23 But was Reviewed on 11/1/23 By Grievance officer Pierce But It was Still Held; Then on 3/20/24

(7.)

It was reviewed by Director of Nurse; RN.; MSN Connie Dolce; then signed off on by Warden Kevin Reichert on 3/22/24.

13.) Plaintiff's nose got broken on 5/16/23; He wrote his grievance on 6/18/23; At that time He hasn't received adequate medical care; or treatment for his nose; Then 6/28/23 He wrote (3) letters to Wills, Hughes, & Governor Pritzker; When He got no reply He wrote (3) more letters & sent them to Wills, Hughes & Pritzker (Exhibits A-B-C-D-E-F); from these letters He got no reply back.

14.) Plaintiff put these Defendants on notice about how he wasn't receiving adequate medical care & treatment; About how he was in a lot of pain because of not receiving medical care for his broken nose & deminished hearing; Damaged ears; They did nothing to make sure that he was seen by the proper medical staff which is their job & carcereal duty to do; Provide a way for plaintiff to access adequate medical care & treatment; & They didn't do this nor did they look into the claim of why it took (7) months to get seen; (10) months to reply to his grievance & his claim of inadequate medical care.

(8.)

15.) THE GRIEVANCE STATED THAT AN X-RAY WAS TAKEN OF HIS FACIAL BONES (THIS X-RAY WAS DONE ON OR AROUND 5/16/23); THE X-RAY STATED PLAINTIFF HAD NASAL BONE FRACTURE.

16.) PLAINTIFFS NOSE WAS BROKEN WHEN HE WROTE THE 6/18/23 GRIEVANCE, THE 6/28/23 LETTERS TO WILLS, HUGHES & PRITZKER, & ALSO THE 7/24/23 LETTERS (EXHIBITS-D-E-F) & WHEN HE WROTE EMERGENCY GRIEVANCE 8/3/23 (EXHIBIT-G) THAT ANOTHER INMATE HELPED HIM WRITE; THE COUNTLESS OTHER LETTERS TO THE COUNSELOR ASKING FOR HELP WITH GETTING ACCESS TO MEDICAL CARE & TREATMENT FOR HIS PAIN, HIS BROKEN NOSE & DAMAGED EARS & HE GOT NO HELP, NO REPLY'S BACK FROM THESE DEFENDANT WHO HAVE TURNED A BLIND EYE TO THE INADEQUATE MEDICAL CARE THATS BEING PROVIDED TO PLAINTIFF DUE TO WEXFORD DELIBERATELY NOT PROVIDING IT.

17.) PLAINTIFF CAN SHOW THAT AN ENVIRONMENT WAS ALLOWED TO EXIST AT MENARD WHERE MEDICAL CARE & TREATMENT WAS NOT MADE AVAILABLE TO HIM & THE POLICY MAKERS WERE PUT ON NOTICE ON SEVERAL DIFFERENT OCCASIONS IN SEVERAL DIFFERENT WAYS & THESE DEFENDANTS WHO HAVE BEEN CHARGED WITH BEING IN CHARGE OF MAKING

(9.)

MAKING SURE THAT PLAINTIFF RECEIVES THE BASIC NECESSITIES OF LIFE WHICH INCLUDED ADEQUATE MEDICAL CARE & TREATMENT, & TO BE FREE FROM UNNECESSARY PAIN & SUFFERING TURNED A DELIBERATE BLIND EYE TO THESE BLATANT ACTS THAT GO AGAINST PLAINTIFFS CONSTITUTIONAL RIGHTS, & ALLOWED HIM TO SUFFER UNNECESSARILY.

# CLAIM #3 - VIOLATION OF THE ADA Act & REHABILITATION

18.) PLAINTIFF'S NOSE GETTING BROKEN CAUSED HIS SINUS' TO BE DAMAGED ALONG WITH HIS EARS.

19.) PLAINTIFFS EARS BEGAN TO LEAK FLUID & THE JANE DOE NURSE WHO EXAMINED HIS EARS TOLD HIM IT WAS NOTHING, BUT IN REALITY HIS EARS WERE INFECTED & HIS EARS HURTING HIM BUT NOTHING WAS DONE FOR THIS ISSUE & AS A DIRECT RESULT OF HIM NOT RECEIVING ADEQUATE MEDICAL CARE & TREATMENT FOR THIS ISSUE IN A

(10.)

Timely fashion Plaintiff became partially Deaf in both ears ; more in one ear than the other.

20.) Plaintiff got his nose broken in May 2023 but he Didn't Receive a surgery until Dec 2023 (7) months later ; As a Direct Result of that Delay in medical care his ears have become permanantly Damaged ; he put the HCU on notice to this fact with his grievances ; Letters to sick call ; they did nothing to check him out.

21.) Plaintiff put in several Requests to be given a hearing test for his ears to help him get a hearing device that would aid him in being able to hear again like he used to.

22.) Plaintiff sent his requests to the ADA Coordinator — Lawrence ; Klump for testing of his ears because now he was hard of hearing ; his ears continued to fill up with fluid ; leak out whenever he would lay down on his side, this fluid was Dark green in color ; smelled foul. Neither one of the ADA Coordinators wrote Plaintiff back or responded to his Request slips ; when he asked the nurse about why they hadn't

(11.)

CALLED HIM; OR EXAMINED HIM, HE WAS TOLD THAT THEY WERE OVERWHELMED WITH THE NUMBER OF INMATES THAT PUT IN REQUEST SLIPS; THEY WERE NOT CALLING GUYS; THIS INCLUDED THEM NOT CALLING PLAINTIFF.

23.) THE PROCESS TO GET EXAMINED TO GET HIS EARS TESTED REQUIRES PLAINTIFF TO SEND A REQUEST SLIP TO THE HCU; OR TO THE ADA-COORDINATOR'S OFFICE; THIS IS WHAT PLAINTIFF ON A FEW DIFFERENT OCCASSIONS DID, ; HIS LETTERS WEREN'T RESPONDED TO SHOWING THAT THEY IGNORED HIS REQUESTS; HE LISTED THE fACT THAT HIS EARS WERE INFECTED ; THAT HE WAS LOSING HEARING IN BOTH EARS IN HIS GRIEVANCES; WHEN PIERCE, REICHERT, DOLCE; ANGELA CRAIN ANSWERED THE GRIEVANCE THEY ALSO IGNORED THE ADA CLAIM OF LOSING HIS HEARING; SO AGAIN... It WASN'T ADDRESSED EVEN THOUGH HE FOLLOWED THE PROCEDURE IN WHICH HE WAS INFORMED TO TAKE TO PUT DEFENDANTS KLUMP; LAWRENCE ON NOTICE ABOUT HIS ADA CLAIMS ;

(12.)

CLAIM #4 -. DELIBERATELY INDIFFERENT
FOR ALLOWING BREAKDOWNS IN MEDICAL CARE,
SAFE HOUSING/PROTECTION,

24.) MENARD IS SEVERELY UNDERSTAFFED; OVERCROWDED
; BECAUSE OF BOTH THESE FACTORS THERE ISN'T
ENOUGH STAFF -(MEDICAL; SECURITY/OFFICERS) TO
PROVIDE THE BASIC NECESSITIES OF LIFE TO PLAINTIFF
; MAKE SURE THAT HE'S PROVIDED WITH SAFE
HOUSING ; A SAFE ENVIRONMENT.

25.) DUE TO STAFF SHORTAGES HERE AT MENARD
PLAINTIFF HAS BEEN HOUSED WITHIN THE EAST CELL
HOUSE WHICH IS CONSIDERED TO BE THE WORST
CELL HOUSE ; MOST VIOLENT CELL HOUSE AT MENARD.

26.) WILLS, REICHERT, HUGHES, PRITZKER HAVE ALL BEEN
PUT ON NOTICE THAT MENARD; THE EAST CELL HOUSE WAS
DANGEROUS, UNSANITARY, UNDERSTAFFED, ; AS A DIRECT
RESULT OF THIS ENVIRONMENT PLAINTIFF WAS PLACED
IN HARMS WAY BY BEING PLACED IN THIS CELL HOUSE.

27.) BECAUSE OF OVERCROWDING THE CELLS WHICH WERE
DESIGNED TO ONLY HOUSE A SINGLE INMATE ARE NOW
(13.)

BEING USED TO HOUSE (2) INMATES WITHOUT MORE ROOM BEING ADDED OR MORE OPPORTUNITIES BEING PROVIDED FOR OUT OF CELL EXERCISE.

28.) THIS CELL HOUSE IS USED TO HOUSE INMATES ON THE NEW/INTAKE, ESCAPE RISK, VIOLENT OFFENDERS WITH HIGH AGGRESSION LEVELS, WEAPON VIOLATORS, STAFF ASSAULTERS, C-GRADE, GUYS RELEASED FROM SEG, PREDATORS, MENTALLY ILL GUYS, & THE MAJORITY OF THE 18 TO 35 YEAR OLDS THAT ARE HOUSED IN THE FACILITY: AS A DIRECT RESULT OF HAVING ALL THESE DIFFERENT CLASSIFICATIONS WITHIN THIS ONE CELL HOUSE THE CELL HOUSE BECAME SO VIOLENT: STAYED GOING ON LOCKDOWNS, & THE TACT TEAM & INTERNAL AFFAIRS CALLING GUYS OUT TO INTERVIEW THEM.

29.) THE UNDERSTAFFING HELPS TO MAKE THE VIOLENCE WORSE BECAUSE OFFICERS AREN'T MAKING ROUNDS, TO CHECK ON THE SAFETY, HEALTH & WELLBEING OF GUYS, & DUE TO UNDERSTAFFING THE INSTITUTION CONSTANTLY GOES ON LOCKDOWN & THEY NOT RUNNING YARD, LIBRARY, HEALTH CARE PASSES, SICK CALL, DOCTOR CALL LINE & PLAINTIFF ALONG WITH EVERY INMATE HOUSED IN THE EAST HOUSE IS SITTING IN THEIR CELLS 24 HOURS A DAY WITHOUT ANY OUT OF CELL EXERCISE OPPORTUNITY: THIS CAUSES MENTAL & PHYSICAL DETERIORATION THAT DEFENDANTS WILLS, HUGHES & PRITZKER ARE; HAVE BEEN MADE AWARE OF

(14.)

DUE TO THE ILCS 730 CODE OF CORRECTIONS THAT MADE IT MANDATORY THAT ALL INMATES SHALL COME OUT OF THEIR CELL FOR AN HOUR A DAY.

30.) WHILE HOUSED IN THE EAST HOUSE PLAINTIFF WASN'T COMING OUT OF HIS CELL FOR AN HOUR A DAY ; THIS CAUSED HIM TO LOSE WEIGHT, HAVE HEADACHES, BECOME DEPRESSED, ANXIOUS, SCARED, BE IN DEFENSE MODE, BECAUSE HE WAS A 60 YEAR OLD MAN HOUSED AROUND YOUNG HIGHLY AGGRESSIVE MALE INMATES BEING WAREHOUSED WITHOUT ANY OUT OF CELL EXERCISE OPPORTUNITIES OR AN OUTLET TO FOCUS THEIR RAGE & ANGER ON.

31.) THESE THINGS HELPED TO CREATE AN ENVIRONMENT OF VIOLENCE, DEPRIVATION OF ADEQUATE MEDICAL CARE, OFFICERS NOT DOING THEIR JOB; TURNING A BLIND EYE TO VIOLENCE ; OFFICERS NOT DOING THEIR JOB ; THIS CREATED AN ENVIRONMENT OF LAWLESSNESS & LAZINESS THAT HAS RESULTED IN BREAKDOWNS IN SAFETY, MEDICAL & MENTAL HEALTH ACCESS ; GRIEVANCE PROCESS ; PLAINTIFF WAS AFFECTED BY THIS ENVIRONMENT BECAUSE HE WAS ASSULTED TWICE ; STABBED ; THE INTERNAL AFFAIRS OFFICERS KEPT PUTTING HIM BACK IN THIS SAME CELL HOUSE WHERE HE LET THEM KNOW THAT HE DIDN'T FEEL SAFE AT ; AT THIS TIME PLAINTIFF WAS CLASSIFIED AS MEDIUM SECURITY IN A MAX PRISON.

(15.)

32.) Plaintiff was assulted on the yard; he was forced to fight back or get killed; As a result of that he broke his ~~___~~ hand.

33.) Plaintiff was standing by his cell when he was assulted; got his nose broken; He was sent to seg; when he got out of seg. He was moved right back to the East house.

34.) Plaintiff got out of seg. on 6/13/23; His nose was still broken; swollen from being assulted on 5/16/23; He was sent back to the East cell house where he was assulted at; He asked to speak with the Sgt. (John Doe); Plaintiff let this Sgt. know that he didn't feel safe being over in this cell house after unknown inmates assulted him; broke his nose. This Sgt/John Doe ignored Plaintiff telling him that he didn't feel safe in the East cell house (ECH.); No report was filled out, internal affairs wasn't notified nor was this the proper response to Plaintiff's complaint.

35.) Officers like this John Doe Sgt who are not doing their job; making sure that the inmates are safe while in their custody; are receiving the basic necessities of life. Even

(16.)

OF THE SGT. WAS TRAINED TO DO THINGS DIFFERENT HE WENT DIRECTLY AGAINST WHAT THE PROPER PROCEDURE & PROTOCOL WAS FOR WHEN & IF AN INMATE TELLS HIM OR ANY OFFICER THAT HE DOESN'T FEEL SAFE & HE SENT PLAINTIFF TO HIS CELL AFTER THIS WAS SAID TO HIM.

36.) WHEN THE SHOWERS ARE RUN THE TACT TEAM TRAINED OFFICERS COME TO THE CELL & STRIP SEARCH EACH PERSON THAT'S GOING TO SHOWERS & THEN THEY HANDCUFF THE INMATE & WALK HIM UPSTAIRS WHERE THERE ARE 3 TO 4 MORE OFFICERS WAITING TO PAT DOWN SEARCH THE INMATES AGAIN BEFORE PUTTING THEM INTO THE SHOWERS & THEN REMOVING THE HANDCUFFS.

37.) THE REASON THIS PROCESS IS DONE THIS WAY IS BECAUSE OVER (30) INMATES HAVE BEEN STABBED UP & BEATEN/ASSULTED IN THE SHOWERS & THIS WAS THE SECURITY PROTOCAL THAT WAS PUT INTO PLACE TO MAKE THE SHOWERS SAFE FOR INMATES TO SHOWER BUT THESE SAFETY MEASURES AREN'T ALWAYS BEING FOLLOWED BY THE TACT TEAM TRAINED OFFICERS WHO ARE WORKING AS THE TACT TEAM (S.O.R.T.) ON THE SHIFT BEFORE OR AFTER THEIR REGULAR ASSIGNED SHIFT (OVERTIME) BECAUSE THEY ARE UNDERSTAFFED & SO THESE OFFICERS ARE

(17.)

TIRED, OVERWORKED, LAZY & THEY DON'T FOLLOW PROTOCOL THEY SAY THEY HAVE THE I DOC WAY & YOU GOT THE MENARD WAY & THE MENARD WAY IS THE C-O'S DOING WHAT THEY WANT TO DO WHEN THEY WANT TO DO IT & THIS WAY DOESN'T FOLLOW THE SAFETY MEASURES THAT HAVE BEEN PUT INTO PLACE & BY DOING THIS THEY DELIBERATELY PLACED PLAINTIFF & ANY INMATE WHO USES THE SHOWER IN DANGER.

38.) LESS THAN A MONTH AFTER PLAINTIFF WAS RELEASED FROM SEG, FROM WHEN HE GOT ASSULTED & GOT HIS NOSE BROKE (5/16/23 - 6/13/23) HE WENT TO THE SHOWER ON 7/2/23 & THE C-O'S & TACT TEAM DEFENDANTS DID NOT DO THEIR JOB & SHAKE DOWN ALL THE INMATES GOING TO THE SHOWER WHICH IS PROTOCOL, & AS A DIRECT RESULT OF THESE DEFENDANTS - TACT TEAM NOT THOROUGHLY SEARCHING THE INMATES THAT WENT TO THE SHOWER & PLAINTIFF WAS ASSULTED AGAIN, & THIS TIME HE WAS STABBED, KNOCKED ON THE GROUND & STOMPED, & PUNCHED & STABBED BY AT LEAST (2) DIFFERENT INMATES & THE TACT TEAM HEARD THE COMMOTION & CAME TO THE SHOWER DOOR & STOOD THERE AS PLAINTIFF WAS GETTING STABBED & BEATEN ALL IN THE FACE. THEY STOOD THERE ABOUT A MINUTE OR

(18.)

Two before the officers came in & broke up this assult & beating.

39.) Plaintiff had to be taken to the outside hospital due to needing stitches in his lip & because he was slammed to the ground & hit his head & back, he was also kicked in the head & stabbed in the face.

40.) Plaintiff was taken to Seg even though it was clear that he was being assulted as he laid on the floor going in & out of concussiousness, bleeding badly from being stabbed.

41.) Plaintiff wrote to internal affairs officer Williams & let him know that he was assulted while in the shower & that he wanted all camera footage preserved & photo's as well of the incident in the shower just in case. Plaintiff sent (2) letters but he never got a response back from Williams.

42.) Around 7/13/23 plaintiff was pulled out his cell in north 2 by (2) officers from internal affairs & they questioned him about the assults on 5/16/23 & on 7/2/23 I explained to these two officers that I did not feel safe being in the east house because I did not know who had assulted me or why it had happend

(19.)

; THAT I BELIEVE THAT IT WAS GOING TO KEEP HAPPENING IF I'M LEFT OVER THERE IN THIS CELL HOUSE.

43.) PLAINTIFF WAS TOLD BY THESE (2) JOHN DOE I-A OFFICERS THAT HE WAS GOING TO BE MOVED BACK INTO THE EAST CELL HOUSE WHERE HE BROKE HIS HAND AT, WHERE HE GOT ASSULTED & GOT HIS NOSE BROKEN, WHERE HE GOT ASSULTED STABBED & BEATEN IN THE FACE & WAS SENT TO THE OUTSIDE HOSPITAL FOR STITCHES IN HIS LIP & FACE.

44.) PLACING PLAINTIFF BACK IN THE EAST CELL HOUSE MEANT THAT THEY ARE DELIBERATELY PLACING HIM IN HARMS WAY KNOWING THAT HE WAS ASSULTED ON (3) DIFFERENT OCCASIONS WHILE HE WAS HOUSED IN THE EAST HOUSE & THEY WERE GONNA PUT HIM BACK INTO THIS SAME CELL HOUSE WHERE PLAINTIFF MADE IT CLEAR THAT "HE DID NOT FEEL SAFE" AT & HE WAS CLASSIFIED AS MEDIUM SECURITY IN A MAXIMUM PRISON

CLAIM #5 — INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

45.) PLAINTIFF FEARED FOR HIS SAFETY, HEALTH & WELLBEING ONCE HE WAS PUT BACK OVER INTO THE CELL HOUSE WHERE HE GOT ASSULTED & STABBED AT & WAS FORCED TO FIGHT & BROKE HIS HAND AT. HE WAS SCARED TO GO TO

(20.)

THE SHOWERS AGAIN BECAUSE THE WARDEN-WILLS, HUGHES, & PRITZKER HAVE BEEN PUT ON NOTICE ABOUT THE EXTREME & SEVERE ENVIRONMENT OF VIOLENCE CAUSED BY OFFICERS NOT DOING THEIR JOBS, NOT COMING TO WORK, & IT BEING UNDERSTAFFING & WHEN THE OFFICERS DISH OUT PUNISHMENT THEY GO TO THE EXTREME! THERES NO CONSEQUENCES FOR WHEN THE OFFICERS DON'T DO THEIR JOB OR TURN A BLIND EYE TO THESE ISSUES ... NONE OF THESE ISSUES HAVE BEEN FIXED OR ADDRESSED; SO THEY CONTINUE TO BE A PROBLEM FOR PLAINTIFF & HE CONTINUES TO WORRY THAT THESE ISSUES WILL HAPPEN AGAIN & AGAIN.

46.) DEFENDANTS WILLS, HUGHES, REICHERT, PRITZKER ALL HAVE BEEN PUT ON NOTICE ABOUT THESE ISSUES & THEY ALL HAVE TURNED A BLIND EYE TO THESE DANGEROUS CONDITIONS & VIOLENT ENVIRONMENT, THAT BY KNOWING THEY EXIST & KNOWING THEY CAUSE PLAINTIFF TO SUFFER IN PAIN! THEY HAVEN'T FIXED THE COMPLAINTS SHOWS DELIBERATE INDIFFERENCE BECAUSE THESE DEFENDANTS ARE THE POLICY MAKERS & ARE RESPONSIBLE FOR FIXING THESE KINDS OF PROBLEMS OR HAVING SOMEONE FIX THEM & THEY HAVEN'T FIXED THEM NOR ORDERED ANYONE TO FIX THEM! THIS LEFT THE DANGEROUS HARMS OUT TO HARM PLAINTIFF AGAIN, WHICH IS AN INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, BECAUSE HE WAS SUPPOSE TO BE IN A MEDIUM SECURITY SETTING AFTER BEING RE-CLASSIFIED AS MEDIUM SECURITY, HE WAS KEPT IN A MAXIMUM SECURITY PRISON & HE GOT ASSULTED.

(21.)

# CLAIM #6 - DELIBERATE INDIFFERENCE

47.) ON 5/16/23 PLAINTIFF WAS ASSULTED BY AN UNKNOWN INMATE & HIS NOSE WAS BROKEN, & HE WAS HAVING MIGRAINE HEADACHES, SHOULDER INJURY, & EAR PROBLEMS.

48.) PLAINTIFF WAS TAKEN TO THE HCU & GIVEN AN X-RAY ON HIS FACE WHICH SHOWED THAT HIS NOSE WAS BROKEN & NO TREATMENT WAS DONE OR PROVIDED TO HIM FOR HIS BROKEN NOSE NOR WAS HE GIVEN ANY INSTRUCTIONS ON WHAT TO DO IF HIS NOSE START BLEEDING AGAIN OR WHEN HE WOULD BE SEEN BY A DOCTOR OR SPECIALIST FOR HIS BROKEN NOSE & THE PAIN HE WAS IN. HE WAS TAKEN TO SEG. IN NORTH 2.

49.) A FEW HOURS AFTER HE WAS TAKEN TO SEG. PLAINTIFF'S NOSE BEGAN TO BLEED REALLY BAD & HE HAD TO WAIT UNTIL THE OFFICER & OR NURSE CAME & MADE ROUNDS & A FEW HOURS LATER A NURSE (JANE DOE) & (2) JOHN DOE #4 & 5 OFFICERS CAME & PLAINTIFF STOPPED THE NURSE & TWO OFFICERS & SHOWED THEM ALL THE BLOOD ON HIS HANDS THAT WAS COMING OUT HIS NOSE & HE LET THEM KNOW THAT HE HAD CAME OVER FROM THE EAST CELL HOUSE & THAT HIS NOSE WAS BROKEN & THAT, THAT WAS WHY HIS NOSE WAS BLEEDING SO BAD

50.) THE NURSE TOLD HIM THAT THERE WASN'T MUCH SHE COULD

(22.)

DO TO HELP HIM BECAUSE THERES NO DOCTOR HERE. TO SEE HIM, SO HE JUST GONNA PUT IN FOR SICK CALL BECAUSE SHE WASN'T GONNA PULL HIM OUT & CHECK HIM OUT RIGHT NOW.

51.) PLAINTIFF ASKED FOR SOME TISSUE OR GAUZE TO PUT IN HIS NOSE TO TRY TO STOP THE BLEEDING; THE OFFICERS TOLD HIM THAT THEY DIDN'T HAVE TIME TO GRAB ANY OF THAT STUFF FOR HIM & SO WHEN PLAINTIFF TOLD THE NURSE "I'M LEAKING BLOOD & YOU NOT GONNA DO NOTHING TO HELP ME STOP IT"? THE NURSE TOLD HIM HE A GET SEEN AT SICK CALL & THE OFFICERS REPEATED WHAT THE NURSE SAID "YEAH, YOU'LL GET SEEN AT SICK CALL"; WALKED OFF LAUGHING @ ; THEY DIDN'T EXAMINE PLAINTIFF OR LOOK AT WHERE THE BLOOD WAS COMING FROM NOR GIVE HIM ANY MEDICAL CARE OR TREATMENT TO HELP STOP THE BLOOD OR ANYTHING FOR THE PAIN THAT HE WAS IN & FEELING.

52.) PLAINTIFF ASKED FOR MEDICAL HELP FROM THESE (3) DEFENDANTS; THEY DELIBERATELY DENIED HIM ANY MEDICAL CARE OR TREATMENT FOR HIS BROKEN NOSE THAT HAD BEEN BLEEDING FOR OVER 4½ HOURS NON-STOP WITH CONSTANT PAIN. & PLAINTIFF PUT IN FOR SICK CALL LIKE THE NURSE TOLD HIM TO DO; HE STILL WASN'T CALLED; NO TREATMENT OR PROCEDURE WAS DONE ON HIS NOSE OR EARS UNTIL DECEMBER 2023 (2) MONTHS LATER.

(23.)

RELIEF REQUESTED:

I WANT TO SUE EACH DEFENDANT IN THEIR INDIVIDUAL CAPACITY, FOR INJUNCTIVE RELIEF; CLASS ACTION CERTIFICATE; FOR NOT ACCOMODATING HIS ADA DISABILITY HE SUES THE DEFENDANTS IN THEIR OFFICIAL CAPACITY. I WANT FINANCIAL COMPENSATION $500,000 FOR BEING PLACED BACK INTO THE SAME CELL HOUSE; HE GOT ASSULTED; STABBED AGAIN; RECEIVED INADEQUATE; DELAYED MEDICAL CARE THAT CAUSED HIM TO SUFFER IN PAIN UNNECESSARILY; CAUSED HIM TO LOSE HIS HEARING. I WANT TO BE TRANSFERED FROM MENARD BECAUSE THE CONDITIONS AREN'T GONNA CHANGE; HE'S GONNA CONTINUE TO BE SUBJECTED TO THESE CONDITION THAT PLACES ME IN HARMS WAY; DEFENDANTS HAVE KNOWN ABOUT THESE CONDITIONS; STILL HAVEN'T FIXED THEM; HAVE WATCHED; ALLOWED THESE CONDITIONS TO GET WORSE; VIOLENCE TOWARDS INMATES TO BECOME THE NEW NORM; FIX THE GRIEVANCE PROCESS SO THAT WE CAN FILE IT ON OUR TABLET SO THAT THERE IS A COPY OF IT, & WHATEVER ELSE THIS COURT DEEMS JUST; NECESSARY.

DATE: 9-2-24          VINCENT CARTER #N-60009

Vincent Carter #N-100009
SIGNATURE

P.O. BOX 1000
MENARD, IL. 62259
MENARD CORRECTIONAL CENTER
(25.)





A THRU I

(Exhibits - A-B-C)

To. Director Hughes
From. Vincent Carter #N-60009
Date. 6-28-23
R.E.

I'm writing to you because I'm house at the Memard Corr. Center. in the East Cell House. We are being treated like Animals over in this Cell House. Every yard day theres a fight or two on the yard & yard is Canceled. I'm 60 years Old & I'm on Lock down 24-7 with these Mental Health individuals who scream all day. Cut theyselves & throw feces & urine on other inmates. these inmates get into it with everybody for no reason other than because they Mentally Ill. the Cell House has a bunch of C/o's working over here that are tact team Members & they over here mistreating us by not running showers, yard, Mental Health passes, sick call passes. the Cell House smell like feces & urine. they not treating this Cell House the same as the other houses & this is affecting how the C/o's act towards us & they know that these things are Contributing to the violence & aggressive Mentality & environment that been allowed to grow in the East House. the C/o's throwing our Grievances in the garbage & I-A won't say anything to them & this gives the impression that the Officers can do whatever they want to do. On 5-16-23, I was Assaulted while standing in front of my Cell waiting to go to Commissary. I was Assaulted & my Nose was broken, shoulder injured & my hearing was diminished to the point that I'm deaf, I was let out of seg & put back in the East House. I let the Sgt. know that I didnt feel safe coming back to the (E-C-N) & he ignored me & told me I was going in the Cell. I'm writing you Director Hughes, because I'm trying to move out the (E-C-N) & transfer if I'm eligible to, I'm also sending letters to Warden Wills & Governor Pritzker because we shouldn't be put in a situation where we can get hurt or have to hurt someone,

-OVER-

I'm requesting to be moved & or transfered from Menard because I dont feel sale here.

I would truly appreciate a response back so I'll know you got my letter & it wasn't threw in the trash.

Sincerly
Vincent Carter

(Exhibits - A-B-C)

To. Warden Wills
From. Vincent Carter # N-60009
Date. 6-28-23
R.E.

I'm writing to you because I'm house at the Menard Corr. Center. in the East Cell House. We are being treated like Animals over in this Cell House, Every yard day theres a fight or two on the yard & yard is Canceled. I'm 60 years Old & I'm on Lock down 24-7 with these Menal Health individuals who scream all day, Cut theyselves & throw feces & urine on other inmates. These inmates get into it with everybody for no reason other than because they Mentally Ill. The Cell House has a bunch of C/o's working over here that are tact team Members & they over here mistreating us by not running showers, yard, Mental Health passes, sick call passes, the Cell House Smell like feces & urine. They not treating this Cell House the same as the other houses & this is affecting how the C/o's act towards us d they know that these things are Contributing to the violence & Aggressive Mentality d environment thats been Allowed to grow in the East House. The C/o's throwing our Grievances in the garbage & I.A won't say anything to them & this gives the impression that the officers Can do whatever they want to do. On 5-16-23, I was Assaulted while standing in front of my Cell waiting to go to Commissary, I was Assaulted & my Nose was broken, shoulder injured & my hearing was diminish to the point that I'm deaf. I was let out of seg & put back in the East House. I let the Sgt. know that I didn't feel safe coming back to the (E-C-H) & he ignored me & told me I was going in the Cell. I'm writing you Warden Wills, because I'm trying to move out the (E-C-H) d transfer if I'm eligible to I'm also sending letters to Director Hughes & Governor Pritzker because we shouldn't be put in a situation where we can get hurt or have to hurt someone.

-OVER-

I'm requesting to be moved & or transfered from Menard because I don't feel safe here.
I would truly appreciate a response back so I'll know you got my letter & it wasn't threw in the trash.

Sincerly
Vincent Carter

(Exhibits - A-B-C)

To. Governor Pritzker
From. Vincent Carter #N-60009
Date. 6-28-23
R.E.

I'm writing to you because I'm house at the Menard Corr. Center. in the East Cell House. We are being treated like Animals over in this Cell House. Every yard day there's a fight or two on the yard & yard is Cancelled. I'm 60 years Old & I'm on Lock down 24-7 with these Mental Health individuals who scream all day. Cut theyselves & throw feces & urine on other inmates. these inmates get into it with everybody for no reason other than because they Mentally Ill. the Cell House has a bunch of C/o's working over here that are Tact team Members & they over here mistreating us by not running showers, yard, Mental Health passes, sick call passes. the Cell House smell like feces & urine. they not treating this Cell House the same as the other houses & this is Affecting how the C/o's act towards us & they know that these things are Contributing to the Violence & Aggressive Mentality & environment that's been Allowed to grow in the East House. the C/o's Throwing our Grievances in the garbage & I-A won't say anything to them & this gives the impression that the Officers Can do whatever they want to do. On 5-16-23, I was Assaulted while standing in front of my Cell waiting to go to Commissary. I was Assaulted & my Nose was broken, shoulder injured & my hearing was diminished to the point that I'm deaf (I was let out of seg & put back in the East House. I let the Sgt. know that I didn't feel safe coming back to the (E·C·H) & he ignored me & told me I was going in the Cell. I'm writing you Governor Pritzker, because I'm trying to move out the (E·C·H) & transfer if I'm eligible to, I'm also sending letters to Director Hughes & Warden Wills because we shouldn't be put in a situation where we can get hurt or have to hurt someone.

- OVER -

I'm requesting to be moved & or transfered from Menard because I don't feel safe here.
I would truly Appreciate a response back so I'll know you got my letter & it wasmt threw in the trash.

Sincerely
Vincent Carter

(Exhibits-D-E-7)

To. Warden Wills
From. Vincent Carter #N-60009
Date. 7-24-23
R.E. Inadequate Medical Care (Broken Nose) & Failure
      to Protect. 2nd Letter

       This is my 2nd Letter to you because I was
Assaulted on 5-16-23, I got out of seg around 6-13-23,
I was placed back into the East House, I spoke with
the Sgt. & let him know that I didn't feel safe
when they told me that I was being placed back
into the East House, I was Assaulted, beaten &
stabbed while in the shower. Before going into the
shower, I'm strip searched, hand cuffed & escorted
up the stairs where I'm pat down, searched by the
tact team officers, thru all that a knife was able
to get thru, I went to seg & when I got there I-A
came & interviewed me & told me that I was going
back to the East House again, I let them both
know that I didn't feel safe going back to the
East House, But they sent me back & less than a
month later I get stabbed & beaten, I asked to
be moved before something happened & it happened...
I'm asking to be moved before something else happens.
I've written Grievances about this incident & I've
not received any reply back from Clinical
Services people/Counselor or Health Care Staff

they still under staffed down here & its causing break downs in Medical Care & being protected by the officers, I have been denied Adequate Access to Adequate Medical Care & treatment since May 16-2023, when I got my Nose broken, I wasn't given any surgery or other Medical treatment as of yet. But thats why I'm writing to you Warden Wills Because I'm in pain & I'm losing my hearing, I have written you, Director Hughes & even Governor Pritzker asking for help, I haven't received any help nor response to my letters, I pray that I'm moved from the East House & sent out to be examined by a Nose & Ear Doctor for my Medical needs. I pray that I hear from one of you guys about these issues, But if I dont hear anything I plan on seeking legal representation because my rights are being violated.

Thank You
Vincent Carter

(Exhibits - D.E.7)

To. Governor Pritzker
From. Vincent Carter # N-60009
Date. 7-24-23
R.E. Inadequate Medical Care (Broken Nose) & Failure
     to Protect. 2ND Letter

This is my 2ND Letter to you because I was Assaulted on 5-16-23, I got out of seg around 6-13-23 I was placed back into the East House, I spoke with the Sgt. & Let him know that I didn't feel safe when they told me that I was being placed back into the East House, I was Assaulted, beaten & stabbed while in the shower. Before going into the shower, I'm strip searched, hand Cuffed & escorted up the stairs where I'm pat down searched by the tact team officers. thru all that a knife was able to get thru. I went to seg & when I got there I.A Came & interviewed me & told me that I was going back to the East House again, I let them both know that I didn't feel safe going back to the East House. But they sent me back & Less than a month later I get stabbed & beaten, I asked to be moved before something happened & it happend. I'm asking to be moved before something else happen, I've written Grievances about this incident & I've not received any reply back from Clinical Services people / Counselor or Health Care Staff.

they still under staffed down here & its Causing break downs in Medical Care & being protected by the officers. I have been denied Adequate Access to Adequate Medical Care & treatment since May 16-2023, when I got my Nose broken, I wasn't given any surgery or other Medical treatment as of yet. But thats why I'm writing to you, Governor Pritzker, Because I'm in pain & I'm losing my hearing, I have written you, Warden Wills & even Director Hughes, asking for help, I haven't received any help nor response to my letters. I pray that I'm moved from the East House & sent out to be examined by a Nose & Ear Doctor for my Medical needs, I pray that I hear from one of you guys about these issues, But if I dont hear anything I plan on seeking legal representation because my rights are being violated.

Thank you
Vincent Carter

(Exhibits - D·E·7)

to. Director Hugles
From. Vincent Carter #N-100009
Date. 7-24-23
Re E. Inadequate Medical Care (Broken Nose) & Failure
   to Protect. 2nd Letter

this is my 2nd Letter to you because I was Assaulted on 5-16-23, I got out of seg around 6-13-23, I was placed back into the East House, I spoke with the Sgt. & Let him know that I didnt feel safe when they told me that I was being placed back into the East House. I was Assaulted, beaten & stabbed while in the shower, Before going into the shower, I'm strip searched, hand Cuffed & escorted up the stairs where I'm pat down searched by the tact team officers, the all that a knife was able to get thru. I went to seg & when I got there I·A Came & interviewed me & told me that I was going back to the East House again, I let them both know that I didnt feel safe going back to the East House, But they sent me back & Less than a month later I get stabbed & beaten, I asked to be moved before something happened & it happend. I'm asking to be moved before something else happens. I've written Grievances about this incider & I've not received any reply back from Clinical Services people/Counselor or Health Care Staff.

They still under staffed down here & its Causing break downs in Medical Care & being protected by the officers. I have been denied Adequate Access To Adequate Medical Care + treatment since May 16-2023. when I got my Nose broken, I wasn't given any surgery or other Medical treatment as of yet. But that's why I'm writing to you Director Hughes. Because I'm in pain & I'm losing my hearin I have written you, Warden Wills & even Governor Pritzken asking for help. I havent received any help nor response to my letters, I pray that I'm moved from the East House & sent out to be examined by a Nose & Ear Doctor for my Medical needs, I pray that I hear from one of you guys about these issues. But if I dont hear anything I plan on seeking legal representation because my rights are being violated.

Thank You
Vincent Carter

— GRIEVANCES — —

(EXHIBIT - G)

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: _____  Bed #: _____

| Date: 6-2-23 | Individual (please print): Vincent Carter | ID #: N-60009 | Race (optional): BLK |
|---|---|---|---|

**Current Facility:** Menard Cor. Center

**Facility where grievance issue occurred:** Menard Cor. Center

**Nature of Grievance:**
- ☐ Staff Conduct
- ☑ Medical Treatment
- ☐ Disciplinary Report: _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Date of Report _____ Facility where issued _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On 5-16-23 I was Assaulted & My Nose was broken. My hearing has been messed up b/c this Assault - I was sent to seg & I was told by the Nurse that I had a broken Nose. Since been told this I have been experiencing really bad headaches, hard to breath thru my Nose, My ears are popping & they hurt, & I wrote a Grievance about it around 6-18-23, But I've yet to hear any reply back from the Counselor. I was release from seg & sent back to this same Cell House. I spoke with the Sgt.

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

☑ Continued on Reverse

**Relief Requested:** that I be moved out the East House I want to be transfered from Menard, I want $250,000 in Compensation for me getting Stabbed & beaten. I want to be sent out to be seen for my broken Nose Ribs Shoulder & given Something stronger than Tylenol for my pain-headaches Nose Ear popping. I want to be seen by the ADA Lady to get my ears Checked for my hearing. I want Menard Close down (Not being retaliate against for filing this Grievance.

| Vincent Carter | # N-60009 | 8-3-23 |
|---|---|---|
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):** _____  **Date Received:** _____

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

_____  _____
Chief Administrative Officer Signature    Date

**Assigned Grievance #/Institution:** _____

First Level Received: _____

Second Level Received: _____

____ Please check if using if utilizing follow up DOC 0743p

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

in the Cage & Let him know that I didn't feel safe & they brushed me off & I was taken to my Call. On 7-5-23, I was Assaulted & beaten & stabbed while in the East House Shower. I had to be sent out to the out side Hospital for my injuries because there is no Doctor at Menard & the Medical Staff is so severely understaffed & Wexford refuses to hire more nurses & Doctors so they can adequately treat me & get me medical Care in a timely fashion. I still haven't been given treatment for my ribs or surgery for my nose. I'm in pain still. I need something for my pain I'm in. Menard is so understaffed that it has led to break downs in safety, Getting Adequate Medical Care, & the I-A is running things & they not thinking about my safety because after I got Assaulted & my Nose got broke I said to the Sgt. I didn't feel safe in this cell House & I was Classified by I-A to be moved back to the E-C-H. When I was Assaulted - beaten & stabbed by several inmates who slammed me on the floor & stumped me & stabbed me in the face. I wrote I-A Williams & let him know that I didn't feel safe going back to the East House again after getting nose broken & Stech stabbed in the shower & the Institution is unsafe. Especially the East House where it's been over 20 to 30 fights Assaults & stabbings in the Cell House & Warden Wills, Director Hughes, Governor all know that Menard E-C-H is violent & Dangerous. They know this because of all the lock downs they have Authorized to lock the Cell House & Institution down for days & months at a time with out Commissary, the phones or Cleaning Supplies, no out of Cell exercise, no Mental Health passes sick call, Dental & Wexford stop running Health care passes & this delayed me getting Adequate Medical Care for my nose, My hearing being lost. I've written the Warden, the Director & the ISU on (2) different occassions 10-28-23 & 7-24-23, I haven't received a reply back yet. The Grievance System is flawed due to officers throwing the Grievances away & the the Grievance Counselor & officers aren't answering the Grievances in a timely fashion they taking over (60) days to respond to my Grievances which is past the deadline that they have to answer my Grievances & this denies me the access to the Courts by denying me to Exhaust My administrative Remedies, this is being done as a preventive measure to stop me from Exhausting my Remedies & putting the proper people on notice so they can do something about my issues. this isn't fair to me or any other inmates, Because if we have to comply with these deadlines & policies for the Grievance process. The Menard Warden, Majors, Lt.'s, Sgt.'s & officers have been given a free pass to not do their jobs & turn the other way & not Address our problems. their is an environment of violence. Deliberate indifference for being denied & delayed Medical Care & treatment & No Consequences are being given to Medical Staff or Corrections Staff & officers for when they don't do their job like not searching guys good enough so they don't have a knife in the shower to stab me with & then I-A is using its position to threaten & Intimidate guys by writing false Disciplinary Reports or sending us to seg under investigation & be in N2 seg where you don't get your property & they throwing food, feces & urine they cutting they arms yelling all day & night, this is the every day norm along with the under staffing where staff don't come to work that has created this environment of lawlessness & violence that was the cause of me getting into a fight that resulted in my hand getting broken & Assaulted & my nose broken & then I was beaten Assaulted & stabbed several times when I went to the shower.

~good copy

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: _____ Bed #: _____

| Date: 7-27-23 | Individual (please print): Vincent Carter | ID #: N-10009 | Race (optional): B/k |

**Current Facility:** Menard C.C

**Facility where grievance issue occurred:** Menard C.C

**Nature of Grievance:**
- ☐ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☑ Other (specify): Failure To Protect

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved): I'm writing this Grievance Concerning my safety in this Institution.

I've been Assaulted beaten stabbed multiple times by at least 4 inmates whom I cant identify.

On the Morning of 7-2-23 I informed the C/o that had 1 gallery That I needed to talk at the Lt. or Sgt. Concerning my safety

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

Relief Requested: Requesting Medical Attention for all my injuries that I'm suffering from, asking that all Camera Footages and Photos be pre-served, Not being retaliated against by staff or the administration for filing this Grievance, transfer to Danville, East Moline, Stateville or Dixon C.C, asking for three Million dollars for the pain and suffering for the injuries.

Vincent Carter          N-10009          7-30-23
Individual in Custody Signature      ID #          Date

**Counselor Response (if applicable):**          Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| EMERGENCY REVIEW: | Date Received: _____ | Assigned Grievance #/Institution: _____ |

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

First Level Received: _____

Second Level Received: _____

_____ Please check if using if utilizing follow up DOC 0743p

_____          _____
Chief Administrative Officer Signature          Date

Distribution: Master File, Individual          Page 1 of 2          DOC 0046 (Rev. 06/2022)

**Illinois Department of Corrections**
**Individual in Custody Grievance**

in East Call House, I explain to the C/o, I just got out of restrict housing for being "attack, Assaulted on 5 gallery on the Morning of 5-16-23, that I didn't feel Comfortable being back in (ECH) that my life maybe in danger, the C/o said once he get done running the showers that he would tell the Lt. or Sgt to come talk to me, the most Current assault occured on the Morning of 7-2-23.

1). On the Morning of 7-2-23, While in the shower in (E.C-H) I was attacked by two inmates with weapons, I was stabbed stabbed numerous of times in my face, once on my upper lip that took 5 stitches, once on the side of my face right by my ear that took 5 stitches, I was slammed to the shower floor, stomp and kick that result with two or three broken ribs and lacerations to my back and shoulder, I was Checked by medical Staff here at Menard C.C. then sent to the out side Hospital, asking that all Photos' of injuries be pre-serve.

2). On the Morning of 5-16-23, While standing in front of my Call 509 (ECH) waiting on the Commissary line to be ram I was attack by one inmate on 5 gallery, I was shoved and push into another inmate Call on 5 gallery, the Cell door was slam Close while being assaulted by inmates.

3). On the Morning of 10-13-23 I was releast from restrict housing and sent back to (ECH) I was place in the bull pen, While I was in the bull pen, I holla at the Sgt that was working the Cage I told him, the Sgt, that I didn't feel Comfortable Coming back to (ECH) that I feel that my life maybe in danger, He stated that they are busy, it's alot going on right now, Holla at your C/o on I gallery.

4). On at above date of 7-5-23 or 7-7-23, I wrote C/o Q. Williams at Internal Affair two Rites Concerning the matter that took place in (E.C-H) shower on the Morning of 7-2-23, I was explaining to him, Basically I was assaulted that it wasn't a fall, asking that all photos be pre-serve from this date of the Morning of 7-2-23

5). On the Morning of 7-13-23, I was Called out my Cell in N-2 by two C/o's from Internal Affair Concerning both assaults occure in the (ECH) on the Morning of 5-16-23 and 7-2-23 I was inform that I would be place back in (ECH) but on the other side of the building, meaning the even side 2, 4, 6, 8 or 10 gallery, If that maybe the Case putting me on the other side of the Building, It really wouldn't make a difference, (A) you still putting my life in danger (B) Being that both sides are in the same bull pen any giving day going on Call passes, (Sick Call, Personal Property, Law Library, Legal Call, Clothing room, Visit, Chaple or half time yard, (C) Still would be jeopardizing my safety by putting me in harms way.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:**   CARTER                          VINCENT                                    N60009
                                        Last Name                        First Name                    MI        ID#

**Facility:**  MENARD

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 10-12-23 10-10-23   or ☐ Correspondence: Dated: _____

Received: 3-4-24_____   Regarding: Claims improper medical treatment as of 10-18-23.
               Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date
☐ No justification provided for additional consideration.

**Other** (specify): Failed to provide responses from counselor, G/O, and CAO as outlined in DR504(F).
_____

Completed by: Clayton Stephenson                                                        3-21-24
                     Print Name                              Signature                      Date

Distribution:    Individual in Custody                  Printed on Recycled Paper              DOC 0070 (Rev. 9/2023)
                 Administrative Review Board

Date 2-26-24
Illinois Department of Corrections
Administrative Review Board
1301 Concordia Court
P.D. Box 19277
Springfield, IL 62794-9277

RECEIVED

MAR 0 4 2024

ADMINISTRATIVE
REVIEW BOARD

Administrative Review Board,

this letter to inform you that I filed two Grievances Concerning Medical treatment here at Menard Corr Center,

the first Grievance was file on the date of 10-18-23, Grievance # 224-1023-1144, the second Grievance was file on the date of 10-10-23, Grievance # 224-1123-1525,

Both Grievances was file with in the time frame set out in the DR 504 rules, Section 504.810 G). Filing of Grievances,

It's been several months that I been waiting for a decision in both matters, I wrote the Counselor several times, but no response, I wrote Clinical Services Supervisor Rohlfing Concerning this matter, His response was on the date of 12-28-23 " pending",

It seems that I cant get a decision in both matters with in the time frame set out in the rules of the DR. 504. Section 504.830 Grievances Procedures, E).

I'm sending Copies of both Grievances to the Administrative Review Board, Cause they refusing to make a decision with in the rules thats set but in the DR 504 time frame,

2C. Carter # N-60009

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: _____   Bed #: _____

| Date: 10-6-23 | Individual (please print): Vincent Carter | ID #: N-loooo9 | Race (optional): Blk |
|---|---|---|---|

| Current Facility: Menard Corr Center | Facility where grievance issue occurred: Menard Corr Center |
|---|---|

**Nature of Grievance:**

- ☐ Staff Conduct
- ☑ Medical Treatment
- ☐ Disciplinary Report: _____
- ☐ ADA Disability Accommodation
- ☑ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Date of Report _____   Facility where issued _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

This Grievance is concerning a Medical Issue here at Menard Corr Center,

On the Morning of 10-2-23, I was sent out on a Medical Furlough to the out side Hospital "University of St. Louis"

Up on Arriving at the University of St. Louis, the Doctor there informed me that I was sent there due to a broken

☐ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:** I'm asking for Medical Attention of all my injuries I'm suffering from "Broken Nose"

asking for a full investigation for the reason for not treating my injuries "Broken Nose" that happen on the Morning of 5-16-23.

For the pain and suffering, I'm asking for Five Million dollars.

Vincent Carter        N-loooo9        10-12-23
Individual in Custody Signature   ID #   Date

**Counselor Response (if applicable):**        Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer

**EMERGENCY REVIEW:**        Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

_____        _____
Chief Administrative Officer Signature        Date

Assigned Grievance #/Institution: _____

First Level Received: _____

Second Level Received: _____

**RECEIVED**

_____Please check if using if utilizing follow up DOC 0743p

MAR 0 4 2024

ADMINISTRATIVE REVIEW BOARD

Distribution: Master File, Individual        Page 1 of 2        DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

that happen on the morning of 5-16-23, Which he dont understand why the Medical Staff here at Menard Cor Center waited 5 months to send me there knowing that my Nose was broken the morning of 5-16-23, When they took X-Rays of the injuries to my face, the Doctor said I should've been sent there within a day of my injuries "Broken Nose", I had told the Doctor that my ears was leaking fluid and clog up, and I was having problems hearing out of both ears. He looked in both ears and said they was clean, but he would call the Medical Staff here at Menard Cor Center.

the Doctor went as far as explaining the process and details on what it would be to re-pair my injuries to my Nose "Surgery".

He would've to re-break my Nose and re-set it back in to place, that would take up to 3 to 5 hours. the re Cover process would be up to 4 to 6 weeks.

Due to the Negligence of the Medical Staff here at Menard Cora Conther.

I'm having serious Medical Issues due to the failure of treating my injuries "Broken Nose".

1. Having Sinus problems

2. Migraine Headaches

3. Running Nose

4. Fluid leaking from both ears

5. Losing hearing out of both ears due to the infection

As of this Date of 10-12-23, I haven't been treated for my injuries "Broken Nose" that is causing other Medical Issues.

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: _____  Bed #: _____

| Date: 10-18-23 | Individual (please print): Vincent Carter | ID #: N-10000 9 | Race (optional): Blk |

Current Facility: Menard Corr Center    Facility where grievance issue occurred: Menard Corr Center

**Nature of Grievance:**
- ☐ Staff Conduct
- ☑ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I'm writing this Grievance Concerning Medical Attention here at Menard C.C.

On the Morning of 5-10-23 While standing in front of my Cell 509 East Cell House waiting on the Commissary line to be ran out of the Building, I was attack by one inmate on 5 gallery I was scratch in the face several times shoved and push into another inmate Cell on 5 gallery, the chair was

☐ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

Relief Requested: Asking for Medical Attention for the injuries I'm suffering!

Asking that all Photos and Camera Footages be pre-served of the Morning of 5-10-23

| Vincent Carter | N-10000 9 | 10-18-23 |
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):**  Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| **EMERGENCY REVIEW:** | Date Received: _____ | Assigned Grievance #/Institution: _____ |

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

First Level Received: _____

Second Level Received: _____

_____
Chief Administrative Officer Signature    Date

__ Please check if using if utilizing follow up DOC 0743p

**RECEIVED**
MAR 0 4 2024
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

was Slam Close while being Assaulted. I was walked to the Health Care Unit, I was Checked out by the Medical Staff X-Rays was taking of the injuries to my face, Nurse said that my Nose was broken, to was walk to N-2 restrict housing. I was place on a Cell on 5 gallery, A few hours later my Nose start bleeding again A Nurse said two Yo was making sounds, I stopped them asking for Medical Attention, due to my Nose wouldn't stop bleeding, Migrain Headach, Shoulder feel like it was out of place And Also swollen up, the Nurse stated aint much she could do, Aint no Doctor here, Just put in for sick call, I put in several sick call request Complaing of my my injuries Because of my Nose wouldn to stop bleeding, After a few days of bleeding, my Nose was Clog up, As of this date 10-18-23, I aint saw mo about Concerning my injuries, broken Nose, Migraim Headaches and my Shoulder injuri,

EXHIBIT H

Illinois Department of Corrections
**Security Classification and Job Assignment**

| Offender Name: Carter, Vincent | Number: N60009 | Location: E 5-09 | Date: 4·17·23 |
|---|---|---|---|
| Name of Staff Making Referral: Tim Weaver | | Title: CCII | |

**Reason for Referral:**

☑ Annual Security Review
☐ Reduced Security Transfer Request
☐ Community Release Program – ATC or ED
☐ Program Transfer Request _____

☐ Work Camp Screening
☐ Outside Clearance Screening
☐ Education Transfer
☐ Work Assignment
☐ Other _____

**FOR ASSIGNMENT OFFICE ONLY**    Forward to Assignment office. Otherwise forward to appropriate unit

| Current Work or Program Assignment | Proposed Assignment |
|---|---|
| | |

**Has vote sheet been completed:**          ☐ YES ☐ NO

**TO BE COMPLETED BY ASSIGNMENT OFFICE**    ☐ Recommended    ☐ Not Recommended
Reason for NOT recommending: _____

| Assignment Officer Signature: | Date: | (Forward to Classification Committee) |
|---|---|---|
| | | |

**THIS SECTION TO BE COMPLETED BY ADMINISTRATION ONLY**

You are scheduled for a conference with the Classification committee regarding:
☒ Security Status      ☐ Work Assignment      ☐ Program Assignment

| Classification Conference Date: 4·17·23 | Time: 9⁰⁰ | Place: ECH |
|---|---|---|

☑ Offender advised of scheduled/pending Committee Hearing.
At this time, offender may submit a written statement and has the right to meet with at least one member of the committee.

| ☑ Offender waives 48-hour notification. | ☐ Offender does not waive 48-hour notification. |
|---|---|
| Offender Signature: Vincent Carter | Date and Time Notified: 4·14·23  9⁰⁰ |

**Committee Action** (for security status, work or program assignment)
Documentation provided by offender: _____
General Comments: _____
☑ Approved    ☐ Denied    ☐ Modified to: _____

| Committee Date: 4/25/23 | New Status/Job/Program Medium | Date of Next Review: 4/25/24 |
|---|---|---|
| Chairperson: Kallsup cws | Member: T Weaver | Member: |

☒ Offender advised of committee recommendation and of the related appeal process regarding offender's security level/transfer recommendation.

Distribution: Master File, Offender          Printed on Recycled Paper          DOC 0608 (Eff. 3/2021)

JB Pritzker
Governor



Rob Jeffreys
Director

(EXHIBIT)
I.

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# **M E M O R A N D U M**

DATE: 4·17·23

TO: Carter N60009 E 5-09

FROM:  Clinical Services

SUBJECT: Annual Security Review

The Classification Committee scores the Individual in Custody as **Med** Security.

A Transfer to **N/A - Med hold** was submitted due to a reduction in security classification.

The Individual in Custody has the right to appeal the decision of the Classification Committee to the CAO within seventy-two (72) hours following the notification of the decision. The Individual will be sent form DOC 0605 (Notice of Appeal of Security Level/Transfer Recommendations) if he disagrees with the Committee's decision. Memorandum will need to be returned for both Agree and Disagree.

## RETURN TO COUNSELOR
Within 72 hours of receipt

[ ] Agree

[ ] Disagree

Signature _____

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 11/01/2023 | Date of Review: 11/01/2023 | Grievance #: K4-1023-1144 |
| Individual in Custody Name: Carter, Vincent | | ID#: N60009 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in custody submitted a grievance dated 11/14/2023. He grieves on 5/16/23 while waiting on the commissary line to run out he was attacked by an inmate on 5 gallery. He was beaten in the face several times. He states he was walked to the Health Care Unit to be checked out and x-rays were taken. He was told his nose was broken. He states later when he was back at his cell his nose would not stop bleeding and he was not been treated. As of 6/18/23 he has not been seen concerning his injuries of broken nose, migraine headaches and shoulder injury.

Relief Requested: "Asking for medical attention of the injuries I'm suffering asking that all photos and camera footage be preserved of the morning of 5-16/23."

The grievance was forwarded to the Health Care Unit for review on 11/1/2023.
The grievance was forwarded to Internal Affairs due to the request by the individual to retain camera footage.

On 3/20/2024 Connie Dolce, MSN, RN, DON advised that he was seen and had an Xray of his facial bones. It stated he had a nasal bone fracture. He was seen by ENT on 3-12-24 and they do not require him to return to their office for any further follow ups. He has not had any further complaints that she is aware of. She placed him on a NP call line and he will be seen with them for nasal and ear pain

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is RESOLVED.

| Kelly Pierce, Corrections Clerk III - Menard Correctional Center | **Kelly Pierce** | Digitally signed by Kelly Pierce Date: 2024.03.22 12:32:51 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 03/22/2024 | ☑ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

| **Kevin Reichert** | Digitally signed by Kevin Reichert Date: 2024.03.23 21:25:36 -05'00' | |
|---|---|---|
| | Chief Administrative Officer's Signature | Date |

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Vincent Carter | N-60009 | 4-1-24 |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

Housing Unit: E-3-20 Bed #: _____

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 10-18-23 | Individual (please print): Vincent Carter | ID #: N-l0009 | Race (optional): Blk |
|---|---|---|---|

| Current Facility: Menard C.C | Facility where grievance issue occurred: Menard C.C |
|---|---|

**Nature of Grievance:**

- ☐ Staff Conduct
- ☑ Medical Treatment
- ☐ Disciplinary Report: _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary

   Date of Report    Facility where issued

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Other (specify): _____
- ☐ PREA
- ☐ HIPAA

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I'm writing this Grievance concerning medical
attention here at Menard C.C

On the morning of 5-16-23, While standing in front of my
Cell 509 East Cell House, waiting on the Commissary Line to the
run out the building, I was attacked by one inmate on
5 gallery, I was beaten in the face several times, shoved
and push into another inmate Cell on 5 gallery, the floor was

☑ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:** Asking for medical Attention for the injuries
I'm suffering,
Asking that all Photos and Camera Footages be
preserved of the morning of 5-16-23

| Vincent Carter | N-l0009 | 10-18-23 |
|---|---|---|
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):**                                    Date Received: _____

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| **EMERGENCY REVIEW:** | Date Received: MEN OCT 30 2023 | Assigned Grievance #/Institution: HH-1023-1144 |
|---|---|---|
| Is this determined to be of an emergency nature: | | First Level Received: _____ |
| ☑ Yes, expedite emergency grievance. | | Second Level Received: MEN NOV 01 2023 |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | | |
| _____ Chief Administrative Officer Signature    10-31-23 Date | | ___ Please check if using if utilizing follow up DOC 0743p |

IIF- medical

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

was slam close while being assaulted, I was walked to the Health Care Unit. I was checked out by the Medical Staff. X-Rays was taking of the injuries to my face. Nurse said that my Nose was broken. I was walk to N-2, restrict housing. I was place in a cell on 5 gallery. A few hours later my Nose start bleeding again, A Nurse and two C/os was making rounds, I stopped them and asked for Medical attention due to my Nose wouldn't stop bleeding Migraine Headach, shoulder feel like it was out of place and my face start swelling up, The Nurse stated aint much she could do, aint no Doctor here, just put in for sick call. I put in several sick call request complaining of my injuries. Because of my Nose wouldn't stop bleeding, after a few days of bleeding, my nose was clog up. As of this date 10-18-23, I aint saw no one concerning my injuries, Broken Nose, Migraine Headaches and shoulder injuries.

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    CARTER, VINCENT

4/25/24
Date

ID# :    N60009

Facility:    MENARD

This is in response to your grievance received on __04/04/2024__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 10/18/2023    **Grievance Number:** K4-1023-1144    **Griev Loc:** MEN

- ■ Medical CLAIMS TO HAVE NOT BEEN SEEN BY HCU FOR INJURIES SUSTAINED IN FIGHT 5/15/23.

- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Other: _____

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Jeremy Bonnett
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, MENARD _____ Correctional Center
CARTER, VINCENT _____, ID# N60009

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

| | | | |
|---|---|---|---|
| Inmate Id: | N60009 | Ret Form Ind: | |
| Name: | CARTER, VINCENT | Modify Ind: | |
| Chair Code: | JEBO | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | MEDICAL | Deferred Ind: | |
| Receive Date: | 04/04/2024 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Resolved Ind: | |
| Mailing Date: | 00/00/0000 | Grievance Number: | K410231144 |
| Grv Loc: | MENARD CC | Incident Number: | |
| Hearing Loc: | MENARD CC | Incident Date: | 00/00/0000 |
| | | Incident Inst: | |
| | | Date Receipted: | 04/16/2024 |

Comments: EGRV #K7-1023-1144 DTD 6/18/23 GVS NOT RECEIVING TREATMENT FOR INJURIES SUSTAINED IN FIGHT ON 5/16/23.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name:  CARTER                    VINCENT                                  N60009
                     Last Name                        First Name          MI          ID#

Facility:  MENARD

☒ Grievance: Facility Grievance # (if applicable) _____  Dated: 3-18-24 _____  or ☐ Correspondence: Dated: _____

Received: 6-20-24 _____  Regarding: Claims of improper medical treatment as of 3-18-24.
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date
☐ No justification provided for additional consideration.

**Other** (specify): Outside the 60-day time frame to file a grievance. This should have been filed at the counselor level by 5-18-24.
_____

Completed by:  Clayton Stephenson                                          7-2-24
                  Print Name                          Signature              Date

Distribution:  Individual in Custody                 *Printed on Recycled Paper*           DOC 0070 (Rev. 9/2023)
               Administrative Review Board

Date. 6-12-24
To. A.R.B
From. W. Carter # N-60009
R.E. Grievance Process to Exhaust Remedies

I sent a Copy of this Grievance to Clinical Services, I put it in the Grievance box to go to the Counselor, I haven't received a response back, I sent (2) letters to the Counselor asking about the status of my Grievances that I sent to her, Around 3-29-24 + 4-13-24, I've yet to hear any response back + now its been over 96 days since I filed my Grievance (March 2024) that goes over the 14 days they had to send me a reply/reciept back 30 days to respond to the Grievances.

The Instition failed to reply to my Grievances(3) + this made my remedies unavailable to Exhaust.

Can you please help me get this Grievances Exhausted + My other Grievances as well, thank you
W. Carter # N-60009

**RECEIVED**

JUN 20 2024

ADMINISTRATIVE
REVIEW BOARD

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: _____ Bed #: _____

| Date: 3·16·24 | Individual (please print): Vincent Carter | ID #: N·60009 | Race (optional): Blk |

| Current Facility: Menard Corr Center | Facility where grievance issue occurred: Menard Corr Center |

**Nature of Grievance:**

☐ Staff Conduct  ☐ ADA Disability Accommodation  ☐ Personal Property  ☐ PREA
☑ Medical Treatment  ☐ Restoration of Sentence Credit  ☐ Mail Handling  ☐ HIPAA
☐ Disciplinary Report: _____  ☐ Dietary  ☐ Other (specify): _____
Date of Report    Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

this Grievance is within the standard of the DR.504.810

On the morning of 3-12-24 I was sent out on a medical furlough to the University of St.Louis for a follow up from a surgery that took place on the morning of 12-5-23, of my injurie "Broken Nose" that happen on the morning of 5-16-23

the Doctor that did the surgery informed me that my Nose

EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

Relief Requested: Asking that I be treated of my medical issues, Hearing problems, Breathing problem & Migrame Headaches. and not being retaliate against for filling this Grievance.

_X S. Carter_    N-60009    3-18-24
Individual in Custody Signature    ID #    Date

**Counselor Response (if applicable):**    Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Note to individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

| **EMERGENCY REVIEW:**    Date Received: _____ | Assigned Grievance #/Institution: _____ |
| | First Level Received: _____ |
| Is this determined to be of an emergency nature: | |
| ☐ Yes, expedite emergency grievance. | Second Level Received: _____ |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | **RECEIVED** |
| | ___ Please check if using if utilizing follow up DOC 0743p |
| | JUN 20 2024 |
| Chief Administrative Officer Signature    Date | ADMINISTRATIVE REVIEW BOARD |

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

would fully heal within a year, then the Doctor asked me was my ears still leaking fluid, I told him no. But my hearing in my right ear is very poor, I hearly could hear out of it, my left ear I can hear out of it, but as the time pass, it also getting hard of hearing out of it, the Doctor looked in both ears and said they was both clean. I was sent to see another Doctor, that was the ear Doctor that did a hearing exam in both ears, around 10 minute after the hearing test was done, the Doctor that did the Surgery came back and informed me that both of my ears are damage, He asked me did I ever had any hearing problems in the pass, I told him No! Not until my Nose got broke on the morning of 5-16-23.

I'm asking for a full investigation on why the Medical Staff here at Menard Corr Center waited 7 months to treat my injurie thats causing the injuries I'm suffering from as of this date 3-18-24.

Now due to the Negligence of the Medical Staff here a Menard Corr Center on delaying treating my injurie "Broken Nose" with in a timely matter, I'm having hearing problems, Breathing problems & Migrame Headaches, I been putting in for sick Chll concerning this matter.

I have been repeatedly trying to exhaust my Administrative remedies and Menard has tried every which way not answering my Grievances at the first stage, this is my last Grievance and I will be filing suit on this matter, As I have been attempting to get a response at the first level,